### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF GEORGIA
### COLUMBUS DIVISION

| | | |
|---|---|---|
| **OSRIC ANTONIO JONES,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | NO. 4:21-cv-00063-CDL-MSH |
| VS. | : | |
| | : | |
| **MUSCOGEE COUNTY PRISON** Floor Officers, | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

### ORDER

Presently pending before the Court is a recast complaint for relief under 42 U.S.C. § 1983 filed by *pro se* Plaintiff Osric Antonio Jones, a recently-released former prisoner (ECF No. 11). On August 17, 2021, Plaintiff was instructed to either pay the Court's filing fee in full or file a non-prisoner motion for leave to proceed *in forma pauperis* if he wished to proceed with this action. Plaintiff was given twenty-one (21) days to comply, and he was warned that the failure to fully and timely comply with the Court's orders and instructions would result in the dismissal of this case. *See generally* Order, Aug. 17, 2021, ECF No. 15.

The time for compliance passed without a response from Plaintiff. As such, the Court ordered Plaintiff to respond and show cause why his lawsuit should not be dismissed for failing to comply with the Court's previous orders and instructions. Plaintiff was given twenty-one (21) days to comply, and he was again warned that the failure to comply with

the Court's orders and instructions would result in the dismissal of his Complaint. *See generally* Order, Sept. 24, 2021, ECF No. 16.

The time for compliance has again passed without a response from Plaintiff. Because Plaintiff has failed to comply with the Court's orders and instructions and otherwise failed to diligently prosecute his claims, this action is **DISMISSED without prejudice**. *See* Fed. R. Civ. P. 41; *see also Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) (per curiam) ("The court may dismiss an action *sua sponte* under Rule 41(b) for failure to prosecute or failure to obey a court order.") (citing *Lopez v. Aransas Cnty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)).

**SO ORDERED**, this **25th** day of **October, 2021**.

        S/Clay D. Land
        CLAY D. LAND
        U.S. DISTRICT COURT JUDGE
        MIDDLE DISTRICT OF GEORGIA